```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 05900
   DAVID A BRANDYBURG
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3324


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/22/2005 and was confirmed 04/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.77% from remaining funds.

     The case was paid in full 06/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI CURRENT MORTG          .00            .00             .00
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE    12891.54            .00         12891.54
VILLAGE OF MATTESON      SECURED            155.00            .00           155.00
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED            .00              .00
BCR                      UNSECURED       NOT FILED            .00              .00
CITY OF CHICAGO PARKING  UNSECURED           500.00           .00           163.83
CREDIT SOLUTION LLC      UNSECURED       NOT FILED            .00              .00
CREDIT UNION 1           UNSECURED           807.54           .00           264.59
GC SERVICES DATA CONTROL UNSECURED       NOT FILED            .00              .00
NICOR GAS                UNSECURED           712.25           .00           233.37
RESURGENT ACQUISITION LL UNSECURED          4383.38           .00          1436.20
RISK MANAGEMENT ALTERNAT UNSECURED       NOT FILED            .00              .00
RISK MANAGEMENT ALTERNAT UNSECURED       NOT FILED            .00              .00
METRA TICKET COLLECTION  UNSECURED       NOT FILED            .00              .00
WELLS FARGO FINANCIAL BA UNSECURED          1432.38           .00           469.32
B-LINE LLC               UNSECURED          2107.19           .00           690.42
RESURGENT ACQUISITION LL UNSECURED          4780.82           .00          1566.43
ECAST SETTLEMENT CORP    UNSECURED           607.27           .00           198.97
PORTFOLIO RECOVERY ASSOC UNSECURED          1175.06           .00           385.01
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       1,910.00                        1,910.00
TOM VAUGHN               TRUSTEE                                           1,235.33
DEBTOR REFUND            REFUND                                               69.99

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  21,670.00

PRIORITY                                              .00
SECURED                                         13,046.54
UNSECURED                                        5,408.14

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 05900 DAVID A BRANDYBURG
```

```
ADMINISTRATIVE                                              1,910.00
TRUSTEE COMPENSATION                                        1,235.33
DEBTOR REFUND                                                  69.99
                                      ---------------   ---------------
TOTALS                                     21,670.00         21,670.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE